THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES V. PATERNO, as Trustee under Agreement with CARLO M. PATERNO, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.

*Per Curiam.* After giving due consideration to all the relevant factors in the record, we are of the opinion that the assessments both as to land and buildings should have been reduced to the following amounts:

|  | Land | Building | Total |
|---|---|---|---|
| Lot 30 — 1941–42 | $22,000 | $2,500 | $24,500 |
| 1942–43 | 22,000 | None | 22,000 |
| Lot 31 — 1941–42 | 26,000 | 2,500 | 28,500 |
| 1942–43 | 26,000 | None | 26,000 |
| Lot 32 — 1941–42 | 50,000 | 3,000 | 53,000 |
| 1942–43 | 50,000 | 3,000 | 53,000 |

The order so far as appealed from, should therefore be modified accordingly, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant.

Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ., concur.

Order so far as appealed from, unanimously modified as indicated in opinion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Settle order on notice.